

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

[This form is for prisoners to sue for civil rights violations. NEATLY print in ink (or type) your answers.]

William J. Ray,
[You are the PLAINTIFF, print your full name on this line.]

v.

Schreckenghaust et al,
[The DEFENDANT is who you are suing. Put ONE name on this line. List ALL defendants below, including this one.]

Case Number  3:25-cv-384
[For a new case in this court, leave blank. The court will assign a case number.]

[The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is VERY IMPORTANT that you include it on everything you send to the court for this case. DO NOT send more than one copy of anything to the court.]

## PRISONER COMPLAINT

| # | Defendant's Name and Job Title | Work Address |
|---|---|---|
| 1 | [Put the defendant named in the caption in this box.] Schreckenghaust - Officer | 3038 W. 850 S. Bunker Hill, IN 46914 |
| 2 | [Put the names of any other defendants in these boxes.] Hoover Sergeant/Officer | 3038 W. 850 S. Bunker Hill, IN 46914 |
| 3 | Crawford Sergeant/Officer | 3038 W. 850 S. Bunker Hill, IN 46914 |

[If you are suing more defendants, attach an additional page. Number each defendant. Put the name, job title, and work address of each defendant in a separate box as shown here.]

1. How many defendants are you suing? Six

2. What is the name and address of your prison or jail? Miami Correctional Facility (MCF)

3. Did the event you are suing about happen there? ☒ Yes.  ○ No, it happened at: _____

4. On what date did this event occur? 6-20-24 - 11-09-24

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

| Defendants Name and Job Title (continued) | Work Address |
|---|---|
| Sims Officer | 3038 W. 850 S. Bunker Hill, IN 46914 |
| Hayes Officer | 3038 W. 850 S. Bunker Hill, IN 46914 |
| John Doe Officer | 3038 W. 850 S. Bunker Hill, IN 46914 |

## CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.

DO: Use simple English words and sentences.

    **DO NOT:** Quote from cases or statutes, use legal terms, or make legal arguments.

DO: Explain when, where, why, and how each defendant violated your rights.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

    **DO NOT:** Include social security numbers, dates of birth, or the names of minors.

DO: Use each defendant's name every time you refer to that defendant.

DO: Number your paragraphs. [*The first paragraph has been numbered for you.*]

1. While incarcerated at MCF on 6-20-24 SIMS was telling inmates my first and last name's that him and/or a gang at MCF had a hit out on me at the less SIMS was promoting the hit that's on me. Unconcerned with my safety SIMS put my life in danger when SIMS yelled my government name out and promoted the hit on me all the inmates started yelling fuxk William Ray we going to kill him and collect that money. I filed a grievance on SIMS for this.

2. On 11-09-24 while incarcerated at MCF SIMS was retaliating against for filing a grievance on him on 6-20-24 SIMS so on 11-09-24 SIMS gave me a laundry bag and ten seconds later SIMS said if I didn't give him the laundry bag right now I would be maced before I could come to the door had already call John Doe to my cell they had the mace out. I was maced and took to the shower where I was left in handcuffs behind my back by SIMS, John Doe, Hoover, and Crawford for about ten minutes before I fell in the shower's injuried my back, neck, and my right arm's hand. Instead of calling medical when I fell on the wet slippery shower floor handcuffed to get me medical attention SIMS, John Doe, and Hoover after leaving me on the shower floor injuried for at least five minutes picked me up over there shoulders and attempted to carry me to my cell but somehow dropped me on my face, chest, and stomch to the floor where I busted my lip open and had chest pains and instead of calling medical again I was picked up by SIMS, John Doe, and Hoover and carried to my cell never having my medical issues address. I was

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

**Claims and Facts (continued)**

Only put in the shower so they could take all my property out of my cell. I was hand-cuffed behind my back so I couldn't cut the water in the shower on. I was carried to my cell with the same mace covered boxers & shirt that was wet from me falling in the shower. I asked for clean clothes and was told no by both Sims and John Doe. Shaking cold & my skin burning from the wet mace covered clothes. I had no choice but to take the wet, dirty, mace covered clothes off so I covered my window so the female ofc. wouldn't witness me naked. Hours later I was asked to uncover my window by Schreckenghaust and I did and told Schreckenghaust why my window was covered and that I needed clean clothes. Schreckenghaust told me to stop filing grievances and maybe my treatment would be better all I was getting was the wet mace covered clothes I had. I said well I was putting my blocker back up, Schreckenghaust and Hayes left came back with a jumpsuit and started playing with me refusing to give me the jumpsuit unless I put on the wet mace covered boxers & shirt first which I refused. I was then told to cuff up but when I put my hands at the food slot to be cuffed up Schreckenghaust & Hayes so I would comply the order was changed to give them my toilet paper to which I refused and said I will cuff up and you can come in and get toilet paper yourself. Schreckenghaust told Hayes to mace me for not handing them toilet paper roll. Hayes seeing me naked instead of aiming up to my face Hayes aimed at my genitals and maced me in my genitals knowing I would be in extreme pain. Schreckenghaust & Hayes left for at least ten minutes came back and maced me in my genitals again left for ten minutes came back and maced me in my genitals again. Schreckenghaust & Hayes left never offering me a shower nor reading me OC warning. The toilet paper had allegedly mace me in the genitals to get (3 times) Schreckenghaust & Hayes left never getting it they was just looking for a reason to assault me. The next ofc. came put me in the shower and gave me jumpsuit without incident. Schreckenghaust, Hayes, Sims, Hoover, John Doe, and Crawford all retaliated against me for filing grievances and caused me injury on 11-09-24

[*DO NOT* write in the margins or on the back of any pages. Attach additional pages if necessary.]

5. When did this event happen?
   ○ Before I was confined.
   ○ While I was confined awaiting trial.
   ☒ After I was convicted while confined serving the sentence.
   ○ Other: _____

6. Have you ever sued anyone for this exact same event?
   ☒ No.
   ○ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

7. Could you have used a prison grievance system to complain about this event?
   ○ No, this event is not grievable at this prison or jail.
   ○ Yes, I filed a grievance and attached is a copy of the response from the final step.
   ☒ Yes, this event was grievable, but I did not file a grievance because I filed a grievance got a reply waiting on staff response got no response by 1-31-25 so I sent request ask for grievance appeal no response by 4-11-25 so I wrote another asking for grievance with no response to date so I filed sue attached is a copy of request grievance

8. If you win this case, what do you want the court to order the defendant(s) to do?
   [NOTE: A case filed on this form will not overturn your conviction or change your release date.]
   I want compensatory damages from each defendant in the amount of 50,000
   I want punitive damages from each defendant in the amount of 60,000
   I want a injunction to be transferred because I am still dealing with retaliating from officers at this facility.

[Initial Each Statement]
   ✓ I will pre-pay the filing fee OR file a prisoner motion to proceed in forma pauperis.
   ✓ I will keep a copy of this complaint for my records.
   ✓ I will promptly notify the court of any change of address.
   ✓ I WILL NOT send more than one copy of any filing to the court.
   ✓ I WILL NOT send summons, USM-285, or waiver forms to the clerk.
   ✓ I declare under penalty of perjury that the statements in this complaint are true.

   I placed this complaint in the prison mail system on  4 /20 /2025  at 11:30  am/pm
   [Do not fill in this date and time until you give the complaint to prison officials to send to the court.]

_Dillian Ray_                                       263269
Signature                                           Prisoner Number

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]